# UNITED STATES BANKRUPTCY COURT
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

**www.deb.uscourts.gov**

**IN RE:**
Imran Mall

**Case No.:** 23–11056–BLS

*Debtor(s)*

## NOTICE OF PETITION DEFICIENCY

The petition in the above–mentioned case is deficient. The document(s) indicated below must be filed by the due date(s) listed at the bottom of this notice, unless a motion for cause shown is filed before the due date(s). **Failure to comply with this Notice will result in your case being dismissed without further notice or hearing (exceptions*).** Pursuant to F.R.Bank.P. 1002, 1007, 2016(b), and 3015(c), Local Rules and 11 U.S.C. Section 521, the following are due:

| X | Item | Description | X | Item | Description |
|---|---|---|---|---|---|
| X | 1. | Schedule A/B: Real Property (14 days) |  | 14. | Disclosure of Compensation of Attorney* (14 days) |
| X | 2. | Schedule C: Property Claimed as Exempt (14 days) | X | 15. | Statement of Financial Affairs (14 days) |
|  | 3. | Schedule D: Creditors, Secured (14 days) |  | 16. | Statement of Intention* (30 days) |
|  | 4. | Schedule E/F: Creditors, Unsecured (14 days) |  | 17. | Creditor Matrix (7 days) If petition was not e–filed<br>Creditor Matrix(2 days) If petition was e–filed |
|  | 5. | Schedule G: Executory Contracts & Unexpired Leases (14 days) |  | 18. | List of 20 Largest Unsecured Creditors* (2 days) |
| X | 6. | Schedule H: Co–Debtors (14 days) |  | 19. | List of Equity Security Holders (14 days) |
| X | 7. | Schedule I: Income (14 days) |  | 20. | Statement of Current Monthly Income and Means Test Calculation* (Chapter 7) (14 days) |
| X | 8. | Schedule J: Expenses (14 days) |  | 21. | Statement of Current Monthly Income* (Chapter 11) (14 days) |
|  | 9. | Schedule J–2: Expenses Separate Household of Debtor 2 (14 days) | X | 22. | Statement of Current Monthly Income and Disposable Income Calculation* (Chapter 13) (14 days) |
|  | 10. | Schedules A through J (14 days) |  | 23. | B101A – Initial Statement/Eviction Judgment* (2 days) |
| X | 11. | Declaration About Debtor's Schedules (14 days) |  | 24. | Application to Pay Filing Fees In Installments (7 days) |
| X | 12. | Summary of Assets and Liabilities (14 days) |  | 25. | Other Petition Deficiencies: |
| X | 13. | Plan & Analysis – Ch. 12 (90 days) Ch. 13 (14 days) |  |  |  |

*Comments:*

**See Reverse Side For Additional Information**

| Item # | Due Date  | Item # | Due Date  | Item # | Due Date  |
|--------|-----------|--------|-----------|--------|-----------|
| 1,2    | 8/17/2023 | 11–13  | 8/17/2023 | 22     | 8/17/2023 |
| 6–8    | 8/17/2023 | 15     | 8/17/2023 |        |           |

**Instructions for filing:** Official forms are available on the Court's website. All documents must be electronically filed with the Court through CM/ECF (Case Management/Electronic Case Filing). CM/ECF registration materials are available on the Court's website. Paper copies of filings will <u>only</u> be accepted by pro se debtors. If you are unable to electronically file a document, a paper copy accompanied by a certification setting forth the reasons why the document could not be electronically filed will be accepted.

8/3/23
Date

Una O'Boyle, Clerk of Court

By: /s/Ginger Mace
Deputy Clerk

Rev. 10/10/2006

VAN–313