IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re: IMRAN MALL                       Chapter 13

                                                       Case No. 23-11056-BLS

           Debtor,

**MOTION SEEKING TO EXTEND TIME TO FILE FORMS AND SCHEDULES**

       **COMES NOW**, the above named Debtor(s) by and through the undersigned counsel, respectfully move(s) this Honorable Court to enter an order granting an extension of time to file forms and schedules. In support of Movant's plea for said relief, Movant states the following:

1. This proceeding seeking extension of time to file forms and schedules is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. On or about August 2, 2023, the above named debtor(s), filed with this court a Petition seeking protection pursuant to Chapter 13 of the United States Bankruptcy Code.

3. William F. Jaworski, Esquire was appointed and remains, Chapter 13 Trustee.

4. Pursuant to F.R, B. C. 1007(c) a debtor must complete and file all forms and schedules within 14 days of filing Debtor's petition.

5. Debtor is still collecting the information necessary to complete his forms and schedules, and is concerned all the information will not be available on or before August 16, 2023.

6. No creditor or other interested party will be prejudice should the court grant an extension of time to file Debtors' forms and schedules.

**WHEREFORE**, upon consideration of the facts presented, Debtor respectfully requests this honorable Court enter an Order:

A   Approving an extension of time for filing Debtors' forms and schedules to August 14, 2023.

                            Respectfully submitted,

/s/ Neil F. Dignon_____
Neil F. Dignon, Esquire
Bar Number 3625
Attorney for the Movant
Neil F. Dignon, Esquire, Attorney at Law
20127 Office Circle
Georgetown, DE 19947
Tel (302) 725-0288Tel (302) 725-0288
Fax (800)  494-8413
Email: N.Dignon@neilfdignon.com

DATED: August 16, 2023