IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re: IMRAN MALL                                    Chapter 13

                                                                                               Case No. 23-11056-BLS

              Debtor,

**NOTICE OF SECOND MOTION SEEKING EXTENSION OF TIME TO FILE FORMS AND SCHEDULES**

| Mr. Imran Mall | William F. Jaworski, Esquire | Office of the United States Trustee |
|---|---|---|
| 120 Pondview Lane | Chapter 13 Trustee | 844 King Street |
| Seaford, DE 19973 | 825 Market Street | Suite 2007 |
| | P.O. Box 1351 | Lockbox 35 |
| | Wilmington, PA 19899-1351 | Wilmington, DE 19801 |

      Please be advised that the Motion to Extend Completion Date of Chapter 13 Filing filed by the Counsel for Debtor will be heard in the United States Bankruptcy Court, 824 Market Street, Wilmington DE.  Any objections should be filed with the United States Bankruptcy Court with a copy sent to counsel for Debtors.


DATED: August 30, 2023                                          BY:__/s/ Neil F. Dignon_____
                                                                                     Neil F. Dignon, Esquire
                                                                                     20127 Office Circle
                                                                                     Georgetown, DE 19947
                                                                                     Tel (302) 725-0288
                                                                                     Fax (800) 494-8413
                                                                                     Email N. Dignon@neilfdignon.com
                                                                                     Counsel for the Movant

# CERTIFICATE OF SERVICE

I, Neil F. Dignon, Esquire, hereby certify that I am not less than 18 years of age, and that on, August 30, 2023, I caused service of this notice and a copy of the motion referred to, to be made by first class United States mail or electronic Mail upon:

William F. Jaworski, Esquire
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-3511

Office of the United States Trustee
844 King Street
Suite 2007
Lockbox 35
Wilmington, DE 19801

Mr. Imran Mall
120 Pondview Lane
Seaford, DE 19973

R. Grant Dick IV, Esquire
Cooch and Taylor PA
The Brandywine Building
1000 North West Street
Suite 1500
Wilmington, DE 19801

Under penalty of perjury, I hereby declare that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| August 30, 2023 | /s/ Neil F. Dignon, _____ |
| Date | Signature |